# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-10615

United States Court of Appeals
Fifth Circuit

**FILED**

March 13, 2019

Lyle W. Cayce
Clerk

In the Matter of:
PRIMCOGENT SOLUTIONS, L.L.C,

Debtor.

SANTA BARBARA MEDICAL INNOVATIONS, L.L.C.,

Appellant,

versus

PRIMCOGENT SOLUTIONS, L.L.C.,

Appellee.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:13-CV-428

Before HIGGINBOTHAM, SMITH, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.